UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Chamblee

-v.-

NYC

------------------------------------------------------------X

07 Civ. 3551 (RWS)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/12/07

Please be advised that the conference scheduled for  Sept 12, 07  has been rescheduled to  Sept 26, 07  at  4:30pm  in Courtroom 18C.

Please notify opposing counsel of the change.

SO ORDERED.

Dated: New York, New York
9/12/07

ROBERT W. SWEET
United States District Judge