UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
ERNEST CHAMBLEE,

        PLAINTIFF,                      STIPULATION

    -AGAINST-

THE CITY OF NEW YORK, POLICE OFFICERS      07-CV-3551(RWS)
JOHN DOE 1 THOUGH 10,

        DEFENDANTS.
----------------------------------------------------------------x

IT IS HEREBY STIPULATED AND AGREED between the parties that Plaintiff may file Plaintiff's First Amended Complaint annexed hereto, which replaces Defendants John Doe 8 through 10 with Police Officers Warren Gallop, Naylinden Jones and Michael Granshaw.

Dated: October 30, 2007
      Brooklyn, New York

                                        Robin C. Smith
                                        Attorney for Plaintiff

                                        44 Court Street Suite 917
                                        Brooklyn, New York 11201
Dated: October 30, 2007            (718) 403-9599
      New York, N.Y.

                                        Michael A. Cardozo
                                        Corporation Counsel of the
                                              City of New York
                                        Attorney for Defendant
                                              City of New York
                                        100 Church Street
                                        New York, N.Y. 10007
                          BY: _____
                                    Caroline Chen, Esq.
                                    Asst. Corporation Counsel