UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
ERNEST CHAMBLEE,

       PLAINTIFF,                   STIPULATION

  -AGAINST-

THE CITY OF NEW YORK, POLICE OFFICERS     07-CV-3551(RWS)
JOHN DOE 1 THOUGH 10,

       DEFENDANTS.
----------------------------------------------------------------x

    IT IS HEREBY STIPULATED AND AGREED between the parties that Plaintiff may file Plaintiff's First Amended Complaint annexed hereto, which replaces Defendants John Doe 8 through 10 with Police Officers Warren Gallop, Naylinden Jones and Michael Granshaw.

Dated: October 30, 2007
      Brooklyn, New York

                              Robin C. Smith
                              Attorney for Plaintiff
                              44 Court Street Suite 917
                              Brooklyn, New York 11201
                              (718) 403-9599

Dated: October 30, 2007
      New York, N.Y.
                              Michael A. Cardozo
                              Corporation Counsel of the
                                  City of New York
                              Attorney for Defendant
                                  City of New York
                              100 Church Street
                              New York, N.Y. 10007
            BY: _____
                              Caroline Chen, Esq.
                              Asst. Corporation Counsel

SO ORDERED:

_____
U.S.D.J.
11-5-07