UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

ERNEST CHAMBLEE,

                       07 CV 3551 (RWS)

              Plaintiff,

-against-

CITY OF NEW YORK, POLICE OFFICERS JOHN
DOE 1 THROUGH 7 AND POLICE OFFICERS
WARREN GALLOP, NAYLINDEN JONES, AND
MICHAEL GRANSHAW, AND POLICE OFFICERS
JOHN DOE 1 THROUGH 10,

              Defendants.



------------------------------------------------------------------

### STIPULATION AND ORDER OF SETTLEMENT AND DISMISSAL

**WHEREAS,** plaintiff Ernest Chamblee commenced an action entitled <u>Ernest Chamblee v. City of New York, et al.</u>, 07 CIV 3551 (RWS), on May 3, 2007, by filing a complaint in the United District Court for the Southern District of New York, alleging, *inter alia*, violations of his civil rights pursuant to 42 USC § 1983; and

**WHEREAS,** defendants have denied any and all liability arising out of plaintiff's allegations in this action; and

**WHEREAS,** the parties now desire to resolve the issues raised in this action, without further proceedings and without admitting any fault or liability;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, as follows:

    1.    This action is hereby dismissed, with prejudice, and without costs, expenses, or fees in excess of the amount specified in paragraph "2" below.

2. The City of New York, on behalf of defendants City of New York, Warren Gallop, Naylinden Jones and Michael Granshaw, hereby agrees to pay plaintiff **ERNEST CHAMBLEE** the sum of **EIGHT THOUSAND AND FIVE HUNDRED ($8,500.00) DOLLARS** in full satisfaction of all claims, including claims for costs, expenses and attorney fees in this action. In consideration for the payment of this sum, plaintiff agrees to the dismissal of all the claims against City of New York, Warren Gallop, Naylinden Jones and Michael Granshaw in this action, and to release all defendants and all present and former employees and agents of the City of New York and the New York City Police Department from any and all liability, claims, or rights of action arising from and contained in the complaint in this action, including claims for costs, expenses and attorney fees.

3. Plaintiff shall execute and deliver to the City defendants' attorneys all documents necessary to effect this settlement, including, without limitation a General Release based on the terms of paragraph 2 above and an Affidavit of No Liens.

4. Nothing contained herein shall be deemed to be an admission by the defendants that they have in any manner or way violated plaintiff's rights, or the rights of any other person or entity, as defined in the constitutions, statutes, ordinances, rules or regulations of the United States, the State of New York, or the City of New York or any other rules, regulations or bylaws of any department or subdivision of the City of New York. This stipulation and settlement shall not be admissible in, nor is it related to, any other litigation or settlement negotiations.

5. Nothing contained herein shall be deemed to constitute a policy or practice of the City of New York or the New York City Police Department.

6.This Stipulation and Order contains all the terms and conditions agreed upon by the parties hereto, and no oral agreement entered into at any time nor any written agreement entered into prior to the execution of this Stipulation and Order regarding the subject matter of the instant proceeding shall be deemed to exist, or to bind the parties hereto, or to vary the terms and conditions contained herein.

Dated:        New York, New York
                  _____, 2008

| | |
|---|---|
| Robin C. Smith, Esq.<br>*Attorney for Plaintiff*<br>44 Court Street, Suite 917<br>Brooklyn, New York 11201 | MICHAEL A. CARDOZO<br>Corporation Counsel of the<br>  City of New York<br>*Attorney for Defendants*<br>100 Church Street, Room 3-199<br>New York, New York 10007<br>(212) 788-1106 |
| By: _____<br>     Robin C. Smith, Esq.<br>     RS0025 | By: _____<br>     Caroline Chen<br>     Assistant Corporation Counsel |

SO ORDERED:

_____
ROBERT W. SWEET, U. S. D. J

3·24·08